B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ProTom International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA ProTom International I, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-2395894** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**1100 Parker Square, Suite 230**<br>**Flower Mound, TX 75028-7459**    ZIP CODE **75028-7459** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

-----------------------------------------------------

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ProTom International, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ProTom International, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (If not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |
| **Signature of Attorney\***<br><br>X */s/Kenneth Stohner, Jr.*<br>   Signature of Attorney for Debtor(s)<br>   **Kenneth Stohner, Jr. 19263700**<br>   Printed Name of Attorney for Debtor(s)<br>   **Jackson Walker L.L.P.**<br>   Firm Name<br>   **901 Main Street, Suite 6000**<br>   **Dallas, TX 75202-3797**<br>   Address<br>                 **Email:kstohner@jw.com**<br>   **(214) 953-5904 Fax:(214) 661-6803**<br>   Telephone Number<br><br>   Date<br>   **May 12, 2015**<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>*Social-Security number* (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */s/Stephen L. Spotts*<br>   Signature of Authorized Individual<br>   **Stephen L. Spotts**<br>   Printed Name of Authorized Individual<br>   **CEO**<br>   Title of Authorized Individual<br><br>   Date<br>   **May 12, 2015** | Address<br>X _____<br><br>_____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**PROTOM INTERNATIONAL, INC.**

WRITTEN CONSENT OF THE BOARD OF DIRECTORS

May 11, 2015

Pursuant to the Delaware Business Organizations Code and the Bylaws of ProTom International, Inc. (the "Company"), the undersigned, being the all the members of the Board of Directors of the Company by their signatures herein, hereby waive any required notice in connection herewith and hereby consents in writing to the adoption of the following resolutions without the holding of a meeting of the Board of Directors of the Company, such resolutions to have the same force and effect as if adopted at a meeting of the Board duly called and held and at which all of the members of the Board of Directors were present and acting throughout, and directs that a copy thereof be filed with the minutes of the proceedings of the Board of Directors of the Company.

**WHEREAS**, the Directors have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

**WHEREAS**, the Directors have received, reviewed, and considered the recommendations of senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code").

## COMMENCEMENT OF CHAPTER 11 CASE

**NOW, THEREFORE, BE IT RESOLVED**, that in the good faith business judgment of the Directors, it is in the best interest of the Company, its creditors, employees, stakeholders, and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED**, that each of the officers of the Company and any of their designees (collectively, the "Officers") shall be and hereby are authorized, empowered, and directed, in the name and on behalf of the Company to: (i) execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and (ii) cause the same to be filed (the "Chapter 11 Case") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"), in such form and at such time as such Officer executing the petition shall determine;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to execute and verify all necessary documents, including, without limitation, a plan of reorganization, disclosure statement, and all petitions, affidavits, schedules, statement of financial affairs, motions, lists, applications, pleadings, and other papers, to employ and retain all assistance by legal counsel

1

or other professionals, and to take any and all actions that they deem necessary and proper in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case;

**BE IT FURTHER RESOLVED,** that in order to fund certain costs to be incurred during the Chapter 11 case, it is in the best interest of the Company to enter into a Debtor in Possession Loan Agreement between ProTom International, Inc., ProTom International, LLC and Michaelson Special Finance Fund LP (the "DIP Agreement"), in the form approved by the officers of the Company, and that the officers of the Company are authorized and directed to sign and deliver the DIP Agreement on behalf of the Company;

## RETENTION OF ADVISORS

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, the law firm of Jackson Walker L.L.P. under a special advance retainer as general bankruptcy counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, Lain, Faulkner & Co., P.C. as accountants for the Company in connection with the Company's chapter 11 case and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, KeyBanc Capital Markets as an investment advisor for the Company in connection with the Company's chapter 11 case and in other related matters on such terms and conditions as the Officers of the Company shall approve;

**BE IT FURTHER RESOLVED**, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the Chapter 11 Case on such terms and conditions as the Officers of the Company shall approve;

## GENERAL AUTHORIZATION AND RATIFICATION

**BE IT FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or matters related thereto shall be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by Officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

**BE IT FURTHER RESOLVED**, that the Directors hereby authorize and direct each of the Officers, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as each such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratifies and confirms any and all such actions.

This Unanimous Written Consent of the Directors of the Company may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

The undersigned, being all of the Directors of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

_____
James P. Bennett

_____
Charles Clark

_____
Robert Curry

_____
Stephen L. Spotts

**BE IT FURTHER RESOLVED**, that the Directors hereby authorize and direct each of the Officers, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as each such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratifies and confirms any and all such actions.

This Unanimous Written Consent of the Directors of the Company may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

The undersigned, being all of the Directors of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

_____
James P. Bennett

_____
Charles Clark

_____
Robert Curry

_____
Stephen L. Spotts

**BE IT FURTHER RESOLVED**, that the Directors hereby authorize and direct each of the Officers, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as each such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratifies and confirms any and all such actions.

This Unanimous Written Consent of the Directors of the Company may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

The undersigned, being all of the Directors of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

James P. Bennett

Charles Clark

Robert Curry

Stephen L. Spotts

**BE IT FURTHER RESOLVED**, that the Directors hereby authorize and direct each of the Officers, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as each such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratifies and confirms any and all such actions.

This Unanimous Written Consent of the Directors of the Company may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

The undersigned, being all of the Directors of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

_____
James P. Bennett

_____
Charles Clark

_____
Robert Curry

_____
Stephen L. Spotts

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    **ProTom International, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."   Do not disclose the child's name.   See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| McLaren Healthcare<br>G-3235 Beecher Road Suite B<br>Flint, MI 48532-3615 | McLaren Healthcare<br>G-3235 Beecher Road Suite B<br>Flint, MI 48532-3615 | **Trade Debt** | **Disputed;<br>Subject to setoff** | **12,498,808.92** |
| Forte Automation Systems, Inc.<br>8155 Burden Road<br>Machesney Park, IL 61115 | Forte Automation Systems, Inc.<br>8155 Burden Road<br>Machesney Park, IL 61115 | **Trade Debt** | **Disputed** | **652,269.19** |
| AccSys Technology, Inc.<br>ATTN:   Accounts Payable<br>1177 Quarry Lane<br>Pleasanton, CA 94566 | AccSys Technology, Inc.<br>ATTN:   Accounts Payable<br>1177 Quarry Lane<br>Pleasanton, CA 94566 | **Trade Debt** | | **362,197.73** |
| Elavon<br>2 Concourse Parkway<br>Suite 800<br>Atlanta, GA 30328 | Elavon<br>2 Concourse Parkway<br>Suite 800<br>Atlanta, GA 30328 | **Trade Debt** | | **152,781.95** |
| Internal Revenue Service<br>P.O. Box 219690<br>Kansas City, MO 64121-9690 | Internal Revenue Service<br>P.O. Box 219690<br>Kansas City, MO 64121-9690 | **Taxes** | | **106,081.80** |
| Massachusetts Institute of Technology<br>Cashier's Office NE49-3007<br>77 Massachusetts Avenue<br>Cambridge, MA 02139 | Massachusetts Institute of Technology<br>Cashier's Office NE49-3007<br>77 Massachusetts Avenue<br>Cambridge, MA 02139 | **Trade Debt** | | **90,595.79** |
| Pyramid Technical Consultants, Inc.<br>1050 Waltham St., Suite 200<br>Lexington, MA 02421 | Pyramid Technical Consultants, Inc.<br>1050 Waltham St., Suite 200<br>Lexington, MA 02421 | **Trade Debt** | | **67,812.00** |
| Buckley Systems<br>6 Bowden Rd<br>Mt Wellington Auckla<br>01060 | Buckley Systems<br>6 Bowden Rd<br>Mt Wellington Auckla      01060 | **Trade Debt** | | **57,440.00** |
| Stak Design<br>1540 Luna Road<br>Carrollton, TX 75006 | Stak Design<br>1540 Luna Road<br>Carrollton, TX 75006 | **Trade Debt** | | **55,528.14** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **ProTom International, Inc.**                                Case No. _____

                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accelerated, LLC**<br>**605 Fulton Ave.**<br>**Rockford, IL 61103-4183** | **Accelerated, LLC**<br>**605 Fulton Ave.**<br>**Rockford, IL 61103-4183** | **Trade Debt** | | **41,440.96** |
| **East Coast Metrology, LLC**<br>**428A Boston Street**<br>**Topsfield, MA 01983** | **East Coast Metrology, LLC**<br>**428A Boston Street**<br>**Topsfield, MA 01983** | **Trade Debt** | | **38,850.00** |
| **401 Edgewater LLC**<br>**P.O. Box 19479**<br>**Johnston, RI 02919** | **401 Edgewater LLC**<br>**P.O. Box 19479**<br>**Johnston, RI 02919** | **Trade Debt** | | **24,730.34** |
| **Blue Cross & Blue Shield of Alabama**<br>**P.O. Box 360037**<br>**Birmingham, AL 35236-0037** | **Blue Cross & Blue Shield of Alabama**<br>**P.O. Box 360037**<br>**Birmingham, AL 35236-0037** | **Trade Debt** | | **21,534.70** |
| **ASTRO**<br>**P. O. Box 417217**<br>**Boston, MA 02241-7217** | **ASTRO**<br>**P. O. Box 417217**<br>**Boston, MA 02241-7217** | **Trade Debt** | **Disputed** | **17,850.00** |
| **Applied Power Quality Solutions, LLC**<br>**P.O. Box 14915**<br>**Scottsdale, AZ 85267-4915** | **Applied Power Quality Solutions, LLC**<br>**P.O. Box 14915**<br>**Scottsdale, AZ 85267-4915** | **Trade Debt** | | **16,897.01** |
| **ClearCube Technology, Inc.**<br>**P.O. Box 842223**<br>**Dallas, TX 75284-2223** | **ClearCube Technology, Inc.**<br>**P.O. Box 842223**<br>**Dallas, TX 75284-2223** | **Trade Debt** | | **14,595.00** |
| **Jay Flanz, Ph. D.**<br>**75 Crossbow Lane**<br>**North Andover, MA 01845** | **Jay Flanz, Ph. D.**<br>**75 Crossbow Lane**<br>**North Andover, MA 01845** | **Trade Debt** | | **13,875.00** |
| **LAURUS Systems, Inc.**<br>**3460 Ellicott Center Dr.**<br>**Suite 101**<br>**Ellicott City, MD 21043-4164** | **LAURUS Systems, Inc.**<br>**3460 Ellicott Center Dr.**<br>**Suite 101**<br>**Ellicott City, MD 21043-4164** | **Trade Debt** | | **12,572.92** |
| **Anixter, Inc.**<br>**P.O. Box 847428**<br>**Dallas, TX 75284-7428** | **Anixter, Inc.**<br>**P.O. Box 847428**<br>**Dallas, TX 75284-7428** | **Trade Debt** | | **12,378.11** |
| **Parker Hannifin Corp, Filt & Sep. Div.**<br>**7975 Collection Center Dr.**<br>**Chicago, IL 60693** | **Parker Hannifin Corp, Filt &   Sep. Div.**<br>**7975 Collection Center Dr.**<br>**Chicago, IL 60693** | **Trade Debt** | | **10,738.84** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **ProTom International, Inc.**                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 12, 2015**                          Signature   _/s/Stephen L. Spotts_
                                                                                      **Stephen L. Spotts/CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
                                                §
   **ProTom International, Inc.**               §        Case No.:
                                                §
                                                §
                                                §
                              Debtor(s)         §
                                                §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **May 12, 2015**                        */s/Stephen L. Spotts*
                                                **Stephen L. Spotts**/**CEO**
                                                Signer/Title

                                                 **26-2395894**
                                                Debtor's Social Security/Tax ID No.


                                                Joint Debtor's Social Security/Tax ID No.

BTXN 094 (rev. 5/04)

401 Edgewater LLC
P.O. Box 19479
Johnston, RI 02919

Absopure Water Company
Dept # 935220
P.O. Box 701760
Plymouth, MI 48170

Accelerated, LLC
605 Fulton Ave.
Rockford, IL 61103-4183

AccSys Technology, Inc.
ATTN: Accounts Payable
1177 Quarry Lane
Pleasanton, CA 94566

Acculab Measurement Standards, Inc.
40B Cherry Hill Drive
Danvers, MA 01923

Adam Robinett IRA
518 Broadway
Homewood, AL 35209

ADT Security Services, LLC
P.O. Box 371878
Pittsburgh, PA 15250-7878

Agilent Technologies, Inc.
4187 Collections Center Drive
Chicago, IL 60693

Alan S. Nasar
45 Georgetown Road
Eatontown, NJ 07724-2438

Allied Electronics, Inc.
Accts Receivable Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325

Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284-7428

BTXN 094 (rev. 5/04)

Anthony G. Chaver
P. O. Box 382583
Birmingham, AL 35238

Applied Power Quality Solutions, LLC
P.O. Box 14915
Scottsdale, AZ 85267-4915

Art.4 Trust u/w/o Nathan K.Trynin
32 Little Ram Island Drive
Shelter Island Heights, NY 11965

ASTRO
P. O. Box 417217
Boston, MA 02241-7217

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Atlantic Health System, Inc.
Attn: Sheilah O'Halloran, General Counsel
475 South Street
P.O. Box 1905
Morristown, NJ 07962-1905

B&W, LLC
Attn: Steven Woods
1833 Pinson Valley Parkway
Tarrant, AL 35217

Baldwin Crane & Equip. Corp.
232  Andover Street
Wilmington, MA 01887

Bard, Rao+Athanas Consulting Engineers
10 Guest Street
Fourth Floor
Boston, MA 02135

Barry Tidwell
2001 Park Place North, Suite 900
Birmingham, AL 35203

BTXN 094 (rev. 5/04)

Belinda L. Ross
3321 Crossings Court
Birmingham, AL 35242

Blue Cross & Blue Shield of Alabama
P.O. Box 360037
Birmingham, AL 35236-0037

Buckley Systems
6 Bowden Rd
Mt. Wellington, Auckland, 01060
NEW ZEALAND

Byam K. Stevens Trust
BNY Mellon Wealth Management
ATTN: Kristopher D. Carney
200 Park Avenue, 54th Floor
New York, NE 10166

CellaB, Inc.
3732 Shady Cove Drive
Birmingham, AL 35243

Chad & Lauri Reichert
2600 Buckhorn Ct
Grapevine, TX 76051

Charles C. Clark
2825 Canterbury Road
Birmingham, AL 35223

Charles C. Clark, Jr.
311 Peachtree Hills Ave NE, Unit 5D
Atlanta, GA 30305

Cheryl Smith
3026 Pottery Trail
Corinth, TX 76210

Cheryl Smith IRA
3026 Pottery Trail
Corinth, TX 76210

Chiller Solutions
101 Alexander Avenue
Unit 3

Pompton Plains, NJ 07444-1854

Christopher Browning
749 17th Ave E
Seattle, WA 98112

Cisco Webex, LLC
16720 Collections Center Drive
Chicago, IL 60693

Clark Capital, LLC
Attn: Charles Clark
2825 Canterbury Road
Birmingham, AL 35223

Clear View Building Maintenance, Inc.
P.O. Box 90865
Burton, MI 48509

ClearCube Technology, Inc.
P.O. Box 842223
Dallas, TX 75284-2223

Comcast
P.O. Box 1577
Newark, NJ 07101

Conner, H Company, Inc.
306 W. 7th Street, Suite 860
Fort Worth, TX 76102

Cowen, Andrew
216 N. Central Avenue
Clayton, MO 63105

Cr Signs
52 Main St.
North Reading, MA 01864

Craig Rodden
1200 Denise Court
Lewisville, TX 75067

CSC Force Measurement
84 Ramah Circle North
Agawam, MA 01001-0887

BTXN 094 (rev. 5/04)

Custom Molds Tool & Die Corp.
P.O. Box 3571
North Branch, MI 48461

Cynthia Williams
315 Woodland Drive
Birmingham, AL 35209

Daniel Betesh
407 Deal Rd,
Ocean, NJ 07742

Daniel Laughlin
1030 Greenwood Circle
Madison, GA 30650

Danner Associates LLC
8 Fourth Ave.
Scituate, MA 02066

David  Evans
3418 River Mist Circle
Birmingham, AL 35223

David Evans IRA
3418 River Mist Circle
Birmingham, AL 35223

Dennis W. Browning
6467 East Peden Road
Fort Worth, TE 76179

Diane W.  Morton
1042 Grove Park Way
Birmingham, AL 35242

Digi-Key Corporation
Digi-Key Corp. 1524257
P.O. Box 250
Thief River Falls, MN 56701-0250

Digital River
Vogelsanger Str. 78
50823 Cologne
GERMANY

BTXN 094 (rev. 5/04)

Directec Corporation
908 Lily Creek Rd
Suite 101
Louisville, KY 40243

DJ Fabricators, Inc.
94 Turnpike Rd.
Ipswich, MA 01938

Dmitri Sivan
6 Bruce Avenue, Rostrevor
South Australia, 5073
AUSTRALIA

Dolliff & Company, Inc.
395 Maverick Street
East Boston, MA 02128

Douglas & Lisa Hughes
949 Mountain Branch Drive
Birmingham, AL 35226

Dr Jeff Gelfand
130 Mount Auburn St., Apt. 205
Cambridge, MA 02138

East Coast Metrology, LLC
428A Boston Street
Topsfield, MA 01983

Elavon
2 Concourse Parkway
Suite 800
Atlanta, GA 30328

Eljen Technology
P.O. Box 972965
Dallas, TX 75397-2965

European Christian Mission
P.O. Box 1006
Point Roberts, WA 98281

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125

Flatness Specialists
448 River Rd.
Walpole, NH 03608

Forte Automation Systems, Inc.
8155 Burden Road
Machesney Park, IL 61115

Frank McIlwain
254 Island Ct.
Mobile, AL 36606

G. Finkenbeiner, Inc.
33 Rumford Ave.
Waltham, MA 02453

Gaines & Cogburn
3500 Blue Lake Dr., Suite 425
Birmingham, AL 35213

George J. Kovakas
890 Mannington Drive
Sterrett, AL 35147

Grande Communications
P.O. Box 660401
Dallas, TX 75266-0401

Gregg S. Berkowitz
5 Russell Road
Freehold, NJ 07728

Gregory R. Lane
27 Scenic Oaks Dr.
Bloomfield, MI 48304

BTXN 094 (rev. 5/04)

Grigory Goldberg
7 Silver Maple Ct.
Belle Meade, NJ 08502

Group One Services
250 Decker Drive
Irving, TX 75062

Halden Conner
306 W. 7th Street, Suite 860
Fort Worth, TX 76102

Hanne Kooy
8 Cannon Street
Newton, MA 02461

Hannibal Crumpler
1360 Highland Lakes Tr
Birmingham, AL 35242

Hazen Patent Group
1534 W. Islandia Dr.
Gilbert, AZ 85233

Houston Holdings of Fla, LLC
4830 Line Avenue, Suite 206
Shreveport, LA 71106

Ikon Investments, LLC
Attn: Augie Vasha
146 Highland View Drive
Birmingham, AL 35242

Insurance Office of America, Inc.
3800 Colonnade Parkway,
Suite 650
Birmingham, AL 35243

Internal Revenue Service
P.O. Box 219690
Kansas City, MO 64121-9690

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

BTXN 094 (rev. 5/04)

International Electric Company
Sahaajankatu 48
00880 Helsinki
FINLAND

Intertek Testing Services
P.O. Box 405176
Atlanta, GA 30384-5176

Jaime Omar Martinez
17 Scotto Farm Lane
Millstone Township, NJ 08535-9426

James F. Henry IRA
543 Bristol Lane
Birmingham, AL 35226

James P. Bennett
3732 Shady Cove Drive
Birmingham, AL 35243

James P. Bennett, Jr.
3732 Shady Cove Drive
Birmingham, AL 35243

James P. Bennett, Jr. Roth IRA
3732 Shady Cove Drive
Birmingham, AL 35243

James P. Bennett, SEP
3732 Shady Cove Drive
Birmingham, AL 35243

James Stump
28 Keswick Circle
Monroe, NJ 08831

James Walters
6216 Dolphin Court
Satsuma, AL 36572

Jason Wilson
1209 Yuma Drive
Frisco, TX 75033

BTXN 094 (rev. 5/04)

Jay Flanz, Ph. D.
75 Crossbow Lane
North Andover, MA 01845

Jeffrey W. Cooke
5014 Aberdeen Way
Birmingham, AL 35242

Jeffrey W. Cooke IRA
5014 Aberdeen Way
Birmingham, AL 35242

Jerry T. Eskew
4001 W. 6th Street
Fort Worth, TX 76107

Joann Michelle Camper
1909 Stevens Drive
Huntsville, AL 35801

John Scott Young IRA
1933 21st Ave S
Birmingham, AL 35209

Keith Shannon IRA
623 Penny Lane
Trussville, AL 35173

Kendall Holman
2800 Pump House Road
Birmingham, AL 35243

Kevin Hazen
1534 W. Islandia Dr.
Gilbert, AZ 85233

Keystone Equity Partners, LLC
2029 N. Main Street, Suite 200
Ft. Worth, TX 76164

Kim Y. McDowell
2040 Springhill Court
Birmingham, AL 34242

BTXN 094 (rev. 5/04)

Konica Minolta Premier Finance
P.O. Box 740423
Atlanta, GA 30374-0423

KUKA Robotics Corporation
51870 Shelby Parkway
Shelby Township, MI 48315-1787

L-Com Global Connectivity
45 Beechwood Dr.
North Andover, MA 01844-1092

Lauri Reichert
2600 Buckhorn Ct
Grapevine, TX 76051

Lauri Reichert IRA R/O
2600 Buckhorn Ct
Grapevine, TX 76051

LAURUS Systems, Inc.
3460 Ellicott Center Dr.
Suite 101
Ellicott City, MD 21043-4164

Lee Dicks Clark
3226 Lafayette Ave. S
Seattle, WA 98144

Lee Dicks Guice
1615 39th Ave E
Seattle, WA 98112

Lisa R. Collins IRA
5019 Ute Court
Krum, TX 76249

Loren & Sapira, Andrew Altshuler
32 Black Birch Rd
Scotch Plains, NJ 07076

Marcella Bennett
3732 Shady Cove Drive
Birmingham, AL 35243

Marr Scaffolding Company
One D Street
South Boston, MA 02127

Marshall Engineering
P.O. Box 842
Middleton, MA 01949

Mary Fifield
4643 Yellowleaf Dr.
Grand Prairie, TX 75052

Mass Electrical Apparatus
P.O. Box 246
Lynn, MA 01905

Massachusetts General Hospital
Executive Director of Radiation Oncology
Cox 3-335
100 Blossom Street
Boston, MA 02114-2617

Massachusetts Institute of Technology
Cashier's Office NE49-3007
77 Massachusetts Avenue
Cambridge, MA 02139

Materials Engineering, Inc.
47W605 I. C. Trail
Virgil, IL 60151

McLaren Foundation aka Women's Hospital
c/o McLaren Foundation
401 S. Ballenger Hwy
Flint, MI 48532

McLaren Health Care Corporation
G-3235 Beecher Road, Suite B
Flint, MI 48532-3615

McLaren Healthcare
G-3235 Beecher Road Suite B
Flint, MI 48532-3615

BTXN 094 (rev. 5/04)

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Michael Cohen
5005 Crystal Downs Ct.
College Station, TX 77845

Michael Greller
9 Coleridge Dr.
Marlsboro, NJ 07746-2147

Michael K. Lewallen IRA
908 Tulip Poplar Lane
Birmingham, AL 35244

Michaelson Capital Special
Finance Fund, LP
ATTN: V. Capone
400 Madison Ave., Suite 2A
New York, NY 10017

Michelle French
Tax Assessor/Collector of Denton County
P.O. Box 90223
Denton, TX 76202

Micromatter
4004 Wesbrook Mall
Vancouver, BC

Middlebury Securities LLC
1043 Sheep Farm Rd.
Weybridge, VT 05753

Mouser Electronics, Inc.
P.O. Box 99319
Ft Worth, TX 76199-0319

MSC Industrial Supply Co.
DEPT CH 0075
Palatine, IL 60055-0075

MSJ, LLC
Attn: James P. Bennett
3732 Shady Cove Drive
Birmingham, AL 35243

Neobits, Inc.
505 W. Olive Avenue, Ste. 315
Sunnyvale, CA 94086

Nestle Pure Life Direct
P.O. Box 856192
Louisville, KY 40285-6192

North American Industries
80 Holton Street
Woburn, MA 01801

OnConference
c/o T33087U
P.O. Box 33087
Detroit, MI 48232

Oscar Lazcano
1412 Harpers Ferry Road
College Station, TX 77845

Parker Hannifin Corp, Filt & Sep. Div.
7975 Collection Center Dr.
Chicago, IL 60693

Philip A. Incarnati Irrevocable Trust
Dennis K. Krzeminski, Trustee
355 Gray Woods Lane
Lake Angelus, MI 48326-1240

PLIC - SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Protocase North America
210 South 8th St.
Lewiston, NY 14092

ProTom Investment Holdings
Attn: Robert A. Flanakin
5821 Via Drive
Austin, TX 78735

Pyramid Technical Consultants, Inc.
1050 Waltham St., Suite 200
Lexington, MA 02421

Qualified Plans, LLC
P.O. Box 1768
Savannah, GA 31402

R & M Technical Enterprises, Inc.
4725 Arlene Pl
Pleasanton, CA 94566

R2 Investments
2600 Buckhorn Ct
Grapevine, TX 76051

RAB Properties, LLC
P.O. Box 3445
Palos Verdes, CA 90274

Richard L. Lott IRA
837 Comer Circle
Birmingham, AL 35216

Richardson Electronics, LTD
40W267 Keslinger Rd.
P.O. Box 393
La Fox, IL 60147

Robert E. Curry
10764 Green Valley Drive
Gilroy, CA 95020

Robert Herron
737 Cedar Leaf Circle
Lake Dallas, TX 76065

Robert R. Lott Roth IRA
1036 South Lake Cove
Birmingham, AL 35244

BTXN 094 (rev. 5/04)

Ronald & Lisa Schneider
13 Little Creek Lane
Cincinnati, OH 45246

Rubin L. Hanan
7434 Albert Tillinghast Dr.
Sarasota, FL 34240

Rubye Yvonne Crumpler
3233 Valley Park Pl.
Vestavia, AL 35243

Rusty McIlwain
6030 Riverchase Dr. S.
Mobile, AL 36619

Sandra Sexton IRA
3165 Briscoe Road
Loganville, GA 30052

Shawmut
560 Harison Ave
Boston, MA 02118

Spotts Trust
1101 E. Hickory Hill Road
Argyle, TX 76226

Stak Design
1540 Luna Road
Carrollton, TX 75006

Stephanie  Robinett IRA
518 Broadway
Homewood, AL 35209

Stephanie  Robinett Roth IRA
518 Broadway
Homewood, AL 35209

Stephanie Robinett
518 Broadway
Homewood, AL 35209

Stephen L. Spotts, Jr.
1101 E. Hickory Hill Road
Argyle, TX 76226

Stephen Spotts
1101 E. Hickory Hill Road
Argyle, TX 76226

Steve Woods
1833 Pinson Valley Parkway
Tarrant, AL 35217

Storm Power Components
240 Industrial Park Lane
Decatur, TN 37322

Susan B. Evans IRA
3418 River Mist Circle
Birmingham, AL 35223

TechniCoil
147 Middle Rd.
Wolfeboro, NH 03864

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

The Crumpler Children's Educational Trus
1360 Highland Lakes Tr
Birmingham, AL 35242

BTXN 094 (rev. 5/04)

The Thompson & Lichtner Company, Inc.
480 Neponset Street, Unit 11A
Canton, MA 02021

Thom Carman
147 Horseshoe Trail
Barnardsville, NC 28709

Thomas & Kimberly Cooper
508 Chicamauga Circle
Huntsville, AL 35803

Thomson Reuters (Scientific) LLC
36588 Treasury Center
Chicago, IL 60694-6500

Thunder Technologies
2275 Star Ct
Rocherster Hills, MI 48309

Timothy Paul Spotts
1104 Diablo Pass
Haslet, TX 76052

Tom Blanton, Estate of
2029 N. Main Street, Suite 200
Ft. Worth, TX 76164

Tommy Allen IRA
8302 FM 2450
Sanger, TX 76266

Town of Wakefield
P.O. Box 269
Wakefield, MA 01880-0469

Tri-State Motor Transit
P.O. Box 113
Joplin, MO 64801

United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1699

BTXN 094 (rev. 5/04)

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699

US Water Systems
1209 Country Club Rd
Indianapolis, IN 46234

Van & Shannon Wadlington
3805 Knollwood Lane
Birmingham, AL 35243

VAT, Inc.
P.O. Box 418554
Boston, MA 02241-8554

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Virginia Ann Clark Hughes
1296 N. Decatur Road
Atlanta, GA 30306

Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788

W. W. Grainger, Inc.
DEPT 881414049
P.O. BOX 419267
Kansas City, MO 64141-6267

Wakefield Municipal Gas & Light Dept.
P.O. Box 190
Wakefield, MA 01880

WesBell Electronics, Inc.
P.O. Box 1690
Merrimack, NH 03054

William B. Spotts
2800 Clermont Place
Oklahoma City, OK 73116

BTXN 094 (rev. 5/04)

William Brooks Conner
306 W. 7th Street, Suite 860
Fort Worth, TX 76102

William E. Anderson
3054 Creekview Drive
Grapevine, TX 76051

Wire & Cable To Go
1004 Brittany Road
Highland Park, IL 60035

ZAO ProTom
Akademicheskiy Thruway 2
Building 110, Office # 207
Protvino. Moscow Region, 00014-2281
RUSSIA