Kenneth Stohner, Jr.
State Bar No**.** 19263700
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 – Telephone
(214) 661-6803 – Facsimile

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROTOM INTERNATIONAL, INC. | § | CASE NO. 15-32065-BJH-11 |
| PROTOM INTERNATIONAL, LLC | § | CASE NO. 15-32066-SGJ-11 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |

### REQUEST FOR DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE

NOW COME, ProTom International, Inc. and ProTom International, LLC (collectively "Debtors") which filed for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on May 12, 2015 (the "Petition Date").  The undersigned believes that the case qualifies under General Order No. 2006-02 as a complex chapter 11 case because:

1. The Debtors have more than $10 million in debt.

2. The Debtors have substantial assets, with stated book value of more than $10 million as of the Petition Date.

3. There are more than 200 parties in interest in this case.

Dated:  May 12, 2015

                        Respectfully submitted,

By:  */s/ Kenneth Stohner, Jr.*
     Kenneth Stohner, Jr.
     State Bar No. 19263700
     kstohner@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 661-6803 – Fax

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION PROTOM INTERNATIONAL, INC. AND PROTOM INTERNATIONAL, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 12th day of May, 2015, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system on all parties requesting same, and via facsimile, email and/or US first class mail, postage prepaid to the parties listed on the attached service list.

                        */s/ Kenneth Stohner, Jr.*
                        Kenneth Stohner, Jr.

## SERVICE LIST

**Debtor(s)**
ProTom International, LLC
1100 Parker Square, Suite 230
Flower Mound, TX 75028-7459

ProTom International, Inc.
1100 Parker Square, Suite 230
Flower Mound, TX 75028-7459

**United States Trustee**
Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242
Fax: 214/ 767-8971

**Secured Lender**
Michaelson Capital Special
Finance Fund, LP
ATTN: V. Capone
400 Madison Ave., Suite 2A
New York, NY 10017
vcapone@michaelsoncapital.com

**20 Largest Unsecured Claims**

401 Edgewater LLC
P.O. Box 19479
Johnston, RI 02919
keri.brewer@hobbsbrook.com

Accelerated, LLC
605 Fulton Ave.
Rockford, IL 61103-4183
sue.cunningham@accmach.com

AccSys Technology, Inc.
ATTN: Accounts Payable
1177 Quarry Lane
Pleasanton, CA 94566
hseki@accsys.com

Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284-7428
ryan.sullivan@anixter.com

Applied Power Quality Solutions, LLC
P.O. Box 14915
Scottsdale, AZ 85267-4915
edweiss@appliedpqs.com

ASTRO
P. O. Box 417217
Boston, MA 02241-7217
exhibitfinance@jspargo.com

Blue Cross & Blue Shield of Alabama
P.O. Box 360037
Birmingham, AL 35236-0037
Fax (205)220-9089

Buckley Systems
6 Bowden Rd
Mt Wellington Auckland 01060 New Zealand
bill.dodge@buckleysystems.com

ClearCube Technology, Inc.
P.O. Box 842223
Dallas, TX 75284-2223
finance@clearcube.com

East Coast Metrology, LLC
428A Boston Street
Topsfield, MA 01983
ray.ryan@eastcoastmetrology.com

Elavon
2 Concourse Parkway
Suite 800
Atlanta, GA 30328
john.urbach@elavon.com

Forte Automation Systems, Inc.  
8155 Burden Road  
Machesney Park, IL 61115  
toby@forteautomation.com

Stak Design  
1540 Luna Road  
Carrollton, TX 75006  
hhankamer@stakdesign.com

Internal Revenue Service  
P.O. Box 219690  
Kansas City, MO 64121-9690  
Fax: 267/941-1015

Jay Flanz, Ph. D.  
75 Crossbow Lane  
North Andover, MA 01845  
nflan1@aol.com

LAURUS Systems, Inc.  
3460 Ellicott Center Dr.  
Suite 101  
Ellicott City, MD 21043-4164  
andrea@laurussystems.com

Massachusetts Institute of Technology  
Cashier's Office NE49-3007  
77 Massachusetts Avenue  
Cambridge, MA 02139  
jkelsey@mit.edu

McLaren Healthcare  
G-3235 Beecher Road Suite B  
Flint, MI 48532-3615  
greg.lane@mclaren.org

Parker Hannifin Corp, Filt & Sep. Div.  
7975 Collection Center Dr.  
Chicago, IL 60693  
ipanzini@parker.com

Pyramid Technical Consultants, Inc.  
1050 Waltham St., Suite 200  
Lexington, MA 02421  
wnett@ptcusa.com

13378562v.2