

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed May 12, 2015**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROTOM INTERNATIONAL, INC. | § | CASE NO. 15-32065-BJH-11 |
| PROTOM INTERNATIONAL, LLC | § | CASE NO. 15-32066-SGJ-11 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |

### ORDER GRANTING REQUEST FOR EMERGENCY
### CONSIDERATION OF CERTAIN "FIRST DAY" MATTERS

On May 12, 2015, the Court considered the Request for Emergency Consideration of Certain "First Day" Maters (Docket. No. 12, the "Request")[1] filed by the above-referenced debtors (the "Debtors"). The Court finds that the relief sought in the Request is essential to the continued operation of the Debtors' business and is in the best interest of the Debtors' estate and creditors. Therefore, it is

ORDERED that the Request is GRANTED. It is further

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Request.

**Order Granting Request For Emergency**
**Consideration of Certain "First Day" Matters**     Page 1 of 2
13378801v.3

ORDERED that a hearing on the following matters shall be held on May 14, 2015, at 9:30 a.m. (CST) in the Courtroom of Judge Stacey G. Jernigan, United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Dallas, TX 75242-1496:

1. Joint Motion for Joint Administration;

2. Motion Re Maintenance of Bank Accounts and Existing Cash Management, Attaching Notice of Conference with U.S. Trustee;

3. Motion to Pay Pre-Petition Wages, Salaries, *et al*., Attaching Notice of Conference with U.S. Trustee and detailed Exhibit Showing Who Debtor Proposes to Pay and Amounts;

4. Motion for Interim Approval of Post-Petition Secured and Super Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code;

### # # # END OF ORDER # # #

**Order Submitted by:**

Kenneth Stohner, Jr.
State Bar No. 19263700
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
kstohner@jw.com
Proposed Attorneys for Debtors,
ProTom International, Inc. and
ProTom International, LLC