Kenneth Stohner, Jr.
State Bar No. **19263700**
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, Texas 75202
(214) 953-6000 – Telephone
(214) 661-6803 – Facsimile

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PROTOM INTERNATIONAL, INC.** | § | **CASE NO. 15-32065-BJH-11** |
| **PROTOM INTERNATIONAL, LLC** | § | **CASE NO. 15-32066-SGJ-11** |
| | § | |
| **DEBTORS.** | § | **CHAPTER 11** |
| | § | |

### NOTICE OF EMERGENCY HEARING ON CERTAIN FIRST-DAY MATTERS

**PLEASE TAKE NOTICE** that a hearing on the following matters are set for emergency

hearing on **May 14, 2015** at 9:30 a.m. (CST) before the Honorable Judge Stacey G. Jernigan,

United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce Street, 14th

Floor, Dallas, Texas 75242-1496:

1.    Joint Motion for Joint Administration;

2.    Motion Re Maintenance of Bank Accounts and Existing Cash Management,
      Attaching Notice of Conference with U.S. Trustee;

3.    Motion to Pay Pre-Petition Wages, Salaries, *et al*., Attaching Notice of
      Conference with U.S. Trustee and detailed Exhibit Showing Who Debtor
      Proposes to Pay and Amounts; and

4.    Motion for Interim Approval of Post-Petition Secured and Super Priority
      Financing Pursuant to Section 364(c) of the Bankruptcy Code.

## NOTICE

This Notice has been provided to: (i) the Office of the United States Trustee for the Northern District of Texas; (ii) a list of the twenty largest unsecured creditors of the Debtors; (iii) the secured lender; (iv) the Internal Revenue Service; and (v) all parties in interest who have requested notice. The Debtors respectfully submit that no further notice of this Motion is required.

Dated: May 12, 2015

Respectfully submitted,

By: */s/ Kenneth Stohner, Jr.*
    Kenneth Stohner, Jr.
    State Bar No. 19263700
    kstohner@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 661-6803 – Fax

**PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION
PROTOM INTERNATIONAL, INC. AND
PROTOM INTERNATIONAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2015, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system on all parties requesting same, and via facsimile, email and/or US first class mail, postage prepaid to the parties listed on the attached service list.

*/s/ Kenneth Stohner, Jr.*
    Kenneth Stohner, Jr.

## SERVICE LIST

**Debtor(s)**
ProTom International, LLC
1100 Parker Square, Suite 230
Flower Mound, TX 75028-7459

ProTom International, Inc.
1100 Parker Square, Suite 230
Flower Mound, TX 75028-7459

**United States Trustee**
Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242
Fax: 214/ 767-8971

**Secured Lender**
Michaelson Capital Special
Finance Fund, LP
ATTN:  V. Capone
400 Madison Ave., Suite 2A
New York, NY 10017
vcapone@michaelsoncapital.com

**20 Largest Unsecured Claims**

401 Edgewater LLC
P.O. Box 19479
Johnston, RI 02919
keri.brewer@hobbsbrook.com

Accelerated, LLC
605 Fulton Ave.
Rockford, IL 61103-4183
sue.cunningham@accmach.com

AccSys Technology, Inc.
ATTN:  Accounts Payable
1177 Quarry Lane
Pleasanton, CA 94566
hseki@accsys.com

Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284-7428
ryan.sullivan@anixter.com

Applied Power Quality Solutions, LLC
P.O. Box 14915
Scottsdale, AZ 85267-4915
edweiss@appliedpqs.com

ASTRO
P. O. Box 417217
Boston, MA 02241-7217
exhibitfinance@jspargo.com

Blue Cross & Blue Shield of Alabama
P.O. Box 360037
Birmingham, AL 35236-0037
Fax (205)220-9089

Buckley Systems
6 Bowden Rd
Mt Wellington Auckland 01060 New
Zealand
bill.dodge@buckleysystems.com

ClearCube Technology, Inc.
P.O. Box 842223
Dallas, TX 75284-2223
finance@clearcube.com

East Coast Metrology, LLC
428A Boston Street
Topsfield, MA 01983
ray.ryan@eastcoastmetrology.com

Elavon
2 Concourse Parkway
Suite 800
Atlanta, GA 30328
john.urbach@elavon.com

Forte Automation Systems, Inc.
8155 Burden Road
Machesney Park, IL 61115
toby@forteautomation.com

Internal Revenue Service
P.O. Box 219690
Kansas City, MO 64121-9690
Fax: 267/941-1015

Jay Flanz, Ph. D.
75 Crossbow Lane
North Andover, MA 01845
nflan1@aol.com

LAURUS Systems, Inc.
3460 Ellicott Center Dr.
Suite 101
Ellicott City, MD 21043-4164
andrea@laurussystems.com

Massachusetts Institute of Technology
Cashier's Office NE49-3007
77 Massachusetts Avenue
Cambridge, MA 02139
jkelsey@mit.edu

McLaren Healthcare
G-3235 Beecher Road Suite B
Flint, MI 48532-3615
greg.lane@mclaren.org

Parker Hannifin Corp, Filt &  Sep. Div.
7975 Collection Center Dr.
Chicago, IL 60693
ipanzini@parker.com

Pyramid Technical Consultants, Inc.
1050 Waltham St., Suite 200
Lexington, MA 02421
wnett@ptcusa.com

Stak Design
1540 Luna Road
Carrollton, TX 75006
hhankamer@stakdesign.com